Dismissed and Memorandum Opinion filed May 5, 2005









Dismissed and Memorandum Opinion filed May 5, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00252-CV

____________

 

BCS GLOBAL HOLDINGS, LTD., Appellant

 

V.

 

ST. GEORGE AG SERVICE, INC. and EJ
EQUIPMENT, INC., Appellees

 



 

On Appeal from the
400th District Court

Fort Bend
County, Texas

Trial Court Cause No. 04-CV-139983

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed February 21,
2005.  The notice of appeal was filed on
March 2, 2005.  To date, our records show
that appellant has neither established indigence nor paid the $125.00 appellate
filing fee.  See Tex. R. App. P. 5 (requiring payment
of fees in civil cases unless indigent); Tex. R. App. P. 20.1
(listing
requirements for establishing indigence); see also Order Regarding Fees
Charged in Civil Cases in the Supreme Court and the Courts of Appeals, Misc.
Docket No. 98-9120 (Tex. Jul. 21, 1998) (listing fees in court of appeals); Tex. Gov=t Code Ann. ' 51.207 (Vernon Supp.2004-05) (same). 








After being notified that this appeal was
subject to dismissal, appellant did not adequately respond. 
Accordingly, the appeal is ordered dismissed.  See Tex.
R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply
with notice from clerk requiring response or other action within specified
time).  

 

PER CURIAM

 

 

Judgment rendered and Memorandum
Opinion filed May 5, 2005.

Panel consists of Justices
Edelman, Seymore, and Guzman.